UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BARTHOLOMEW LEE JONES,

            Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, *et al.*,

           Defendants.

CASE NO. C23-5572-JCC-MLP

REPORT AND RECOMMENDATION

This is a civil rights action brought under 42 U.S.C. § 1983. Plaintiff submitted a prisoner civil rights complaint to this Court for filing on June 26, 2023, together with an application to proceed with this action *in forma pauperis* ("IFP"). (*See* dkt. # 1.) At the time Plaintiff initiated this action, he was confined at Western State Hospital ("WSH") in Lakewood, Washington. Plaintiff's claims appeared to largely relate to his ongoing state court criminal proceedings. (*See* dkt. # 4-1.)

On August 11, 2023, the Court issued an Order granting Plaintiff's application for leave to proceed IFP and an Order declining to serve Plaintiff's complaint and granting him leave to amend. (Dkt. ## 6-7.) Copies of those Orders were mailed to Plaintiff at his address of record, WSH, but were returned to the Court on September 11, 2023, with a notation indicating that

REPORT AND RECOMMENDATION - 1

Plaintiff was no longer at that facility. (*See* dkt. # 8.) To date, Plaintiff has not provided the Court with an updated address.

Because more than sixty days have passed since mail directed to Plaintiff at his address of record was returned by the post office, and because Plaintiff has not notified the Court of his current address, this action should be dismissed without prejudice, pursuant to Local Civil Rule 41(b)(2), for failure to prosecute. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **December 29, 2023**.

DATED this 5th day of December, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2