THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARTHOLOMEW LEE JONES,<br><br>              Plaintiff,<br><br>     v.<br><br>DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>              Defendants. | CASE NO. C23-5572-JCC<br><br>ORDER |

This matter comes before the Court on the report and recommendation ("R&R") of the Honorable Michelle L. Peterson, U.S. Magistrate Judge (Dkt. No. 9). Having thoroughly considered the R&R and the relevant record, the Court hereby ORDERS that:

1. The R&R (Dkt. No. 9) is ADOPTED;
2. This action is DISMISSED without prejudice for failure to prosecute under LCR 41(b)(2); and
3. The Clerk is DIRECTED to send copies of this order to Plaintiff at his last known address and to Judge Peterson.

//
//
//
//

1   DATED this 10th day of January 2024.

2

3

4

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C23-5572-JCC
PAGE - 2